Adam E. Lang  (AZ No.022545)
Jennifer A. Stevens  (AZ No.024655)
**SNELL & WILMER L.L.P.**
One Arizona Center, Suite 1900
400 East Van Buren
Phoenix, AZ  85004
Telephone: 602.382.6000
Facsimile:  602.382.6070
Email:  alang@swlaw.com
            jstevens@swlaw.com
*Attorneys for Defendant Wells Fargo Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>                          Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Equifax Information Services, LLC; Trans Union, LLC; Capital One Bank, USA, N.A.; Bank of America, N.A.; Wells Fargo Bank, N.A.; Chase Bank, USA, N.A.,<br><br>                          Defendants. | No.: CV-16-00381-PHX-JWS<br><br>**NOTICE OF SETTLEMENT** |

**Please Take Notice,** Plaintiff Alan Norling and Defendant Wells Fargo Bank, N.A. have reached an agreement to resolve this matter.  The parties anticipate filing a dismissal with prejudice, as to Defendant Wells Fargo Bank, N.A. only, no later than 60 days from the date of this Notice.

RESPECTFULLY SUBMITTED this 4th day of April 2016.

SNELL & WILMER L.L.P.

By:  *s/ Adam E. Lang*
     Adam E. Lang
     Jennifer A. Stevens
     One Arizona Center, Suite 1900
     400 East Van Buren
     Phoenix, AZ  85004
     *Attorneys for Defendant Wells Fargo Bank, N.A.*

Case 2:16-cv-00381-JWS   Document 48   Filed 04/04/16   Page 2 of 2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 4, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the participating CM/ECF Registrants.

                                                *s/ Adam E. Lang*

23821320

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000