TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Alan Norling*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>    Plaintiff,<br><br>vs.<br><br>Equifax Information Services, LLC, et al.,<br><br>    Defendants. | Case No.: 2:16-cv-00381-JWS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO WELLS FARGO BANK, N.A., ONLY** |

Plaintiff, through counsel undersigned, hereby dismisses the within action against Wells Fargo Bank, N.A., ONLY, with prejudice and without costs to either party.

1

| | |
|---|---|
| | KENT LAW OFFICES |
| DATED: April 29, 2016 | |
| | By: _/s/ Trinette G. Kent_ |
| | Trinette G. Kent |
| | Attorneys for Plaintiff, |
| | Alan Norling |