TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Alan Norling*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling, | Case 2:16-cv-00381-PHX-JWS |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY** |
| vs. | |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, Capital One Bank, USA, NA Bank of America, N.A., Wells Fargo Bank, N.A., Chase Bank, USA, N.A., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiff and Defendant, Experian Information Solutions, Inc., in the above-captioned case have reached a settlement. The parties anticipate filing a Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., ONLY, pursuant to Fed. R. Civ. P. 41(a) within 60 days.

DATED: October 10, 2016   KENT LAW OFFICES

By: _____
Trinette G. Kent
Attorneys for Plaintiff,
Alan Norling