Tamara E. Fraser (MI State Bar No. P51997)
WILLIAMS, WILLIAMS, RATTNER &
 PLUNKETT, P.C.
380 N. Old Woodward Avenue, Suite 300
Birmingham, Michigan  48009
Telephone:  248-642-0333
Fax:  248-642-0856
tefraser@wwrplaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>            Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Capital One Bank, USA, NA,<br>Bank of America, N.A.,<br>Wells Fargo Bank, N.A.,<br>Chase Bank, USA, N.A.,<br><br>            Defendants. | **Case No. 2:16-cv-00381-JWS**<br><br>STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., ONLY, WITH PREJUDICE |

Plaintiff, Defendant Experian Information Solutions, Inc. ("Experian"), Defendant Equifax Information Services, LLC ("Equifax"), Defendant Trans Union, LLC ("Trans Union"), Defendant Capital One Bank, USA, NA ("Capital One"), Defendant Bank of America, N.A. ("BOA"), and Defendant Chase Bank, USA, N.A. ("Chase"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that Defendant Experian, only, be dismissed with prejudice from the above-captioned action, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED: October 18, 2016

  /s/ Trinette G. Kent (by consent)
TRINETTE G. KENT
KENT LAW OFFICES
10645 North Tatum Boulevard
Suite 200-192
Phoenix, Arizona  85028
*Attorney for Plaintiff*

  /s/ Tamara E. Fraser
TAMARA E. FRASER
WILLIAMS, WILLIAMS,
RATTNER & PLUNKETT, P.C.
380 N. Old Woodward Avenue
Suite 300
Birmingham, Michigan  48009
*Attorney for Defendant Experian*

  /s/ J. Anthony Love (by consent)
J. ANTHONY LOVE
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, Georgia  30309
*Attorney for Defendant Equifax*

  /s/ Philip R. Wooten (by consent)
PHILIP R. WOOTEN
PHILIP R. WOOTEN, PC
3413 E. Equestrian Trail
Phoenix, Arizona  85044-3403
*Attorney for Defendant Trans Union*

  /s/ Daniel P. Crane (by consent)
DANIEL P. CRANE
BRYAN CAVE LLP
2 N. Central Avenue, Suite 2200
Phoenix, Arizona  85004-4406
*Attorney for Defendant BOA*

  /s/ Connie Y. Tcheng (by consent)
CONNIE Y. TCHENG
DOLL, AMIR & ELEY LLP
1888 Century Park E., Suite 1850
Los Angeles, California   90067
*Attorney for Defendant Capital One*

  /s/ Andrew Soukup (by consent)
ANDREW SOUKUP
COVINGTON & BURLING LLP
1 City Center
850 10th Street, N.W.
Washington, D.C.  20001-4596
*Attorney for Defendant Chase*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| Trinette G. Kent, Esq. <br> tkent@kentlawpc.com | Daniel Price Crane, Esq. <br> dan.crane@bryancave.com |
| Jonathan Adam Dessaules, Esq. <br> jdessaules@dessauleslaw.com | Hunter R. Eley, Esq. <br> heley@dollamir.com |
| Nedda Gales, Esq. <br> galesn@gtlaw.com | J. Anthony Love, Esq. <br> tlove@kslaw.com |
| Christopher Andrew Meyers, Esq. <br> cmeyers@swlaw.com | Gary Nitzkin, Esq. <br> gary@micreditlawyer.com |
| Brian Jay Schulman, Esq. <br> schulmanb@gtlaw.com | Robert W. Shely, Esq. <br> rwshely@bryancave.com |
| Andrew Soukup, Esq. <br> asoukup@cov.com | Connie Y. Tcheng, Esq. <br> ctcheng@dollamir.com |
| Philip R. Wooten, Esq. <br> pwooten1@cox.net | |

　　　/s/ Stephanie L. Nelem
Stephanie L. Nelem