IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Capital One Bank, USA, NA<br>Bank of America, N.A.,<br>Wells Fargo Bank, N.A.,<br>Chase Bank, USA, N.A.,<br><br>　　　　　Defendants. | Case 2:16-cv-00381-PHX-JWS<br><br>**ORDER** |

The Court, having considered the parties' Stipulation of Dismissal of Trans Union, LLC, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Trans Union, LLC, only, with each party to bear its own attorneys' fees and costs.

DATED this 18th day of October 2016.

　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　SENIOR JUDGE, UNITED STATES DISTRICT COURT