IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>          Plaintiff,<br>v.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Capital One Bank, USA, NA,<br>Bank of America, N.A.,<br>Wells Fargo Bank, N.A.,<br>Chase Bank, USA, N.A.,<br><br>          Defendants. | **Case No. 2:16-cv-00381-JWS**<br><br>**ORDER** |

      Pursuant to the parties' Stipulation for Dismissal of Defendant Experian Information Solutions, Inc., <u>only</u>, with Prejudice,

      IT IS HEREBY ORDERED that Defendant Experian be dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

      DATED this 19th day of October 2016.

                                           /s/  JOHN W. SEDWICK<br>                            SENIOR JUDGE, UNITED STATES DISTRICT COURT