TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Alan Norling*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling, | Case 2:16-cv-00381-PHX-JWS |
| Plaintiff, | **STIPULATION OF DISMISSAL OF BANK OF AMERICA, N.A.** |
| vs. | |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, Capital One Bank, USA, NA Bank of America, N.A., Wells Fargo Bank, N.A., Chase Bank, USA, N.A., | |
| Defendants. | |

Plaintiff and Defendant Bank of America, N.A. (hereinafter referred to as "BANA"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against BANA, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED: November 4, 2016

KENT LAW OFFICES

By: _/s/ Trinette G. Kent___
Trinette G. Kent
Attorneys for Plaintiff,
Bryanne Barnette


BRYAN CAVE LLP

By: _/s/ Daniel P. Crane (w/ permission)_
Daniel P. Crane
Attorneys for Defendant,
Bank of America, N.A.


COVINGTON & BURLING LLP

By: _/s/ Andrew Soukup (w/ permission)_
Andrew Soukup (*Pro hac vice*)
Attorneys for Defendant,
Chase Bank USA, N.A


DOLL AMIR & ELEY LLP

By: _/s/ Connie Tcheng (w/ permission)_

2

Connie Tcheng (*Pro hac vice*)
Attorneys for Defendant,
Capital One Bank (USA), N.A.


KING & SPALDING LLP

By:  */s/ J. Anthony Love (w/ permission)*
J. Anthony Love (*Pro hac vice*)
Attorneys for Defendant,
Equifax Information Services, LLC