IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Alan Norling, | Case 2:16-cv-00381-PHX-JWS |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Experian Information Solutions, Inc., Equifax Information Services, LLC, Trans Union, LLC, Capital One Bank, USA, NA Bank of America, N.A., Wells Fargo Bank, N.A., Chase Bank, USA, N.A., | |
| Defendants. | |

The Court, having considered the parties' Stipulation of Dismissal of Equifax Information Services, LLC, and good cause appearing,

**IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Equifax Information Services, LLC, only, with each party to bear its own attorneys' fees and costs.

DATED this 7th day of November 2016.

/s/ JOHN W. SEDWICK
SENIOR JUDGE, UNITED STATES DISTRICT COURT