IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>              Plaintiff,<br><br>  vs.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Capital One Bank, USA, NA<br>Bank of America, N.A.,<br>Wells Fargo Bank, N.A.,<br>Chase Bank, USA, N.A.,<br><br>              Defendants. | Case 2:16-cv-00381-PHX-JWS<br><br>**ORDER** |

    The Court, having considered the parties' Stipulation of Dismissal of Bank of America, N.A., and good cause appearing,

    **IT IS HEREBY ORDERED** that the above-captioned action be dismissed, with prejudice, against Defendant Bank of America, N.A., only, with each party to bear its own attorneys' fees and costs. The Clerk of the Court shall terminate Defendant Bank of America, N.A. as a party in this action and remove its attorneys of record from receiving ECF Notifications.

    DATED this 7th day of November 2016.


                          /S/  JOHN W. SEDWICK
              SENIOR JUDGE, UNITED STATES DISTRICT COURT