TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
10645 North Tatum Blvd., Suite 200-192
Phoenix, AZ 85028
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Michigan Consumer Credit Lawyers
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiffs,*
*Alan Norling*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alan Norling,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc.,<br>Equifax Information Services, LLC,<br>Trans Union, LLC,<br>Capital One Bank, USA, NA<br>Bank of America, N.A.,<br>Wells Fargo Bank, N.A.,<br>Chase Bank, USA, N.A.,<br><br>　　　　　　Defendants. | Case 2:16-cv-00381-PHX-JWS<br><br>**STIPULATION OF DISMISSAL OF CAPITAL ONE BANK (USA), N.A. AND CHASE BANK USA, N.A.** |

Plaintiff and Defendants Capital One Bank (USA), N.A. (hereinafter referred to as "Capital One") and Chase Bank USA, N.A. (hereinafter referred to as "Chase"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against Capital One and Chase, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED: December 5, 2016

KENT LAW OFFICES

By: _/s/ Trinette G. Kent___
Trinette G. Kent
Attorneys for Plaintiff,
Bryanne Barnette

DOLL AMIR & ELEY LLP

By: _/s/ Connie Tcheng (w/ permission)_
Connie Tcheng (*Pro hac vice*)
Attorneys for Defendant,
Capital One Bank (USA), N.A.

COVINGTON & BURLING LLP

By: _/s/Andrew Soukup (w/ permission)_
Andrew Soukup (*Pro hac vice*)
Attorneys for Defendant,
Chase Bank USA, N.A